# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CITY OF HIALEAH EMPLOYEES'
RETIREMENT SYSTEM,

    Plaintiff,

v.

                             Case No. 3:23-cv-1223-TJC-LLL

STEPHANIE L. FERRIS, GARY A.
NORCROSS, JAMES W.
WOODALL, LEE ADREAN, ELLEN
R. ALEMANY, VIJAY G. D'SILVA,
JEFFREY A. GOLDSTEIN, LISA A.
HOOK, KENNETH T. LAMNECK,
GARY L. LAUER, LOUISE M.
PARENT, BRIAN T. SHEA, JAMES
B. STALLINGS, JR., CHARLES D.
DRUCKER, KEITH W. HUGHES,
DAVID K. HUNT, JEFFREY E.
STIEFLER, and FIDELITY
NATIONAL INFORMATION
SERVICES, INC., nominal
defendant,

    Defendants.

## O R D E R

This case came before the Court on March 21, 2025 for a hearing on Defendants' Motion to Stay or Dismiss the Shareholder Derivative Complaint (Doc. 42) and Individual Defendants' Motion to Dismiss the Shareholder Derivative Complaint under Rule 12(b)(6) (Doc. 43). For the reasons stated at the hearing, the record of which is incorporated by reference, it is hereby

**ORDERED:**

1. Defendants' Motion to Dismiss the Shareholder Derivative Complaint (Doc. 42) is **DENIED** and Defendants' Motion to Stay (Doc. 42) is **GRANTED in part** and **DENIED in part** as stated on the record.

2. Individual Defendants' Motion to Dismiss the Shareholder Derivative Complaint under Rule 12(b)(6) (Doc. 43) is **DENIED**.

3. **No later than April 29, 2025**, Defendants must answer the Complaint (Doc. 1) and the parties must submit a case management report.

4. **No later than July 1, 2025**, the Demand Review Committee should file a status report on the Committee's internal investigation in anticipation of its final report and recommendation to the Board being made **no later than August 29, 2025**.[1]

**DONE AND ORDERED** in Jacksonville, Florida, this 25th day of March, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

jcd
Copies to:

Counsel of record

---

[1] While August 30, 2025 was the date suggested at the hearing, this date falls on a Saturday.