# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of FIDELITY NATIONAL INFORMATION SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE L. FERRIS, GARY A. NORCROSS, JAMES W. WOODALL, LEE ADREAN, ELLEN R. ALEMANY, VIJAY G. D'SILVA, JEFFREY A. GOLDSTEIN, LISA A. HOOK, KENNETH T. LAMNECK, GARY L. LAUER, LOUISE M. PARENT, BRIAN T. SHEA, JAMES B. STALLINGS JR., CHARLES D. DRUCKER, KEITH W. HUGHES, DAVID K. HUNT, and JEFFREY E. STIEFLER, <br><br> Defendants, <br><br> and <br><br> FIDELITY NATIONAL INFORMATION SERVICES, INC., <br><br> Nominal Defendant. | No. 3:23-cv-1223-TJC-LLL <br><br> Honorable Timothy J. Corrigan <br><br> Honorable Laura Lothman Lambert |

| | |
|---|---|
| PORTIA MCCOLLUM, derivatively on behalf of FIDELITY NATIONAL INFORMATION SERVICES INC., | |
| Plaintiff, | |
| v. | No. 3:24-cv-01090-TJC-MCR |
| GARY A. NORCROSS, STEPHANIE FERRIS, JAMES WOODALL, LEE ADREAN, ELLEN R. ALEMANY, VIJAY D'SILVA, JEFFREY A. GOLDSTEIN, LISA A. HOOK, KENNETH LAMNECK, GARY L. LAUER, LOUISE M. PARENT, BRIAN T. SHEA, JAMES B. STALLINGS, JR., JEFFREY E. STIEFLER, and KEITH W. HUGHES, | Honorable Timothy J. Corrigan  Honorable Monte C. Richardson |
| Defendants, and | |
| FIDELITY NATIONAL INFORMATION SERVICES, INC., | |
| Nominal Defendant. | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's Endorsed Order dated September 22, 2025, the parties inform the Court that the above-captioned matters have not settled. Accordingly, the parties respectfully submit the following proposed schedule on Nominal Defendant Fidelity National Information Services, Inc.'s ("FIS's") motion to dismiss the above-captioned matters under Georgia Code § 14-2-744, based on the Demand Review Committee's Report and Recommendation ("DRC R&R"):

2

1. FIS will serve its motion to dismiss by November 24, 2025;

2. Plaintiffs will serve their opposition to the motion to dismiss by January 23, 2026; and

3. FIS will serve its reply in support of its motion to dismiss by February 25, 2026.

Plaintiffs take the position that discovery is necessary to investigate the process and independence of the DRC to address FIS' motion to dismiss and intend to serve discovery in connection with the DRC R&R by November 24, 2025. Defendants and Nominal Defendant FIS take the position that Plaintiffs are not entitled to any discovery at this stage. Without waiver of their respective positions, and with reservation of all rights to dispute Plaintiffs' discovery requests, the parties agree that, if motion practice is required on the discovery requests that Plaintiffs serve, Plaintiff will file their discovery motion by January 23, 2026, and any briefs in opposition to such motion will be due by February 25, 2026, to align with the briefing schedule set forth in paragraphs 2-3 above. If the Court orders discovery after the filing of briefs on the motion to dismiss, the parties will negotiate a further schedule for briefing as appropriate.

DATED: November 14, 2025

| | |
|---|---|
| */s/ Adam Warden* | */s/ John M. Skakun III* |
| Maya Saxena | Hille R. Sheppard (*pro hac vice*) |
| Joseph E. White, III | John M. Skakun III (*pro hac vice*) |
| Adam Warden | Caroline A. Wong (*pro hac vice*) |
| **SAXENA WHITE P.A.** | Takayuki Ono (*pro hac vice*) |
| 7777 Glades Road, Suite 300 | **SIDLEY AUSTIN LLP** |
| Boca Raton, Florida 33434 | One South Dearborn |

3

Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
awarden@saxenawhite.com

David Wales*
Sara DiLeo*
**SAXENA WHITE P.A.**
10 Bank Street, Suite 882
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
dwales@saxenawhite.com
sdileo@saxenawhite.com

Thomas Curry*
**SAXENA WHITE P.A.**
824 N. Market Street, Suite 1003
Wilmington, Delaware 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
tcurry@saxenawhite.com
*Admitted under Local Rule 2.01*

Robert D. Klausner
Stuart A. Kaufman
**KLAUSNER KAUFMAN JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
bob@robertdklausner.com
stu@robertdklausner.com

*Counsel for Plaintiff City of Hialeah Employees Retirement System*

Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
hsheppard@sidley.com
jskakun@sidley.com
caroline.wong@sidley.com
tono@sidley.com

Ian M. Ross (FL Bar No. 91214)
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5191
iross@sidley.com

R. Eric Bilik (FL Bar No. 987840)
**MCGUIREWOODS LLP**
50 North Laura Street Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 798-2685
Facsimile: (904) 360 6304
ebilik@mcguirewoods.com

*Counsel for Nominal Defendant Fidelity National Information Services, Inc. and Defendants Stephanie L. Ferris, Gary A. Norcross, and James W. Woodall*

| | |
|---|---|
| */s/ Timothy J. MacFall*<br>William J. Cook (Fl. Bar No. 986194)<br>**COOK LAW, P.A.**<br>610 East Zack Street, Suite 505<br>Tampa, Florida 33602<br>Telephone: (813) 489-1001<br>wcook@cooklawfla.com<br><br>Timothy J. MacFall (*pro hac vice*)<br>**RIGRODSKY LAW, P.A.**<br>825 East Gate Boulevard, Suite 300<br>Garden City, NY 11530<br>Telephone: (516) 683-3516<br>Facsimile: (302) 654-7530<br>tjm@rl-legal.com<br><br>Joshua H. Grabar (*pro hac vice*)<br>**GRABAR LAW OFFICES**<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (267) 507-6085<br>jgrabar@grabarlaw.com<br><br>*Counsel for Plaintiff Portia McCollum* | */s/ Deborah S. Birnbach*<br>Beth-Ann E. Krimsky (FL Bar No. 968412)<br>beth-ann.krimsky@gmlaw.com<br>Lawren A. Zann (FL Bar No. 42997 )<br>lawren.zann@gmlaw.com<br>**GREENSPOON MARDER LLP**<br>200 East Broward Blvd., Suite 1800<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 527-6296<br>Facsimile: (954) 333-4296<br><br>Deborah S. Birnbach *(pro hac vice)*<br>Justin D. Ward *(pro hac vice)*<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, MA 02210<br>Telephone: 617.570.1000<br>Facsimile: 617.523.1231<br>DBirnbach@goodwinlaw.com<br>JWard@goodwinlaw.com<br><br>Charles A. Brown *(pro hac vice)*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: 212.813.8800<br>Facsimile: 212.355.3333<br>CBrown@goodwinlaw.com<br><br>*Counsel for Defendants Lee Adrean, Ellen R. Alemany, Charles D. Drucker, Vijay G. D'Silva, Jeffrey A. Goldstein, Lisa A. Hook, Keith W. Hughes, David K. Hunt, Kenneth T. Lamneck, Gary L. Lauer, Louise M. Parent, Brian T. Shea, James B. Stallings, Jr., and Jeffrey E. Stiefler* |